Renee Choy Ohlendorf (263939)
rohlendorf@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant GC SERVICES, LP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRANCIS HENRY, | Case No. CV 11-05964-GHK(VBKx) |
| Plaintiffs, | DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| vs. | |
| GC SERVICES, LP, | |
| Defendant. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant, GC Services, LP ("GC"), by and through its attorney, Renee Choy Ohlendorf of Hinshaw & Culbertson LLP, and for its disclosure statement pursuant to F.R.C.P. 7.1, states as follows:

1. GC is not publicly held or traded.

///
///
///
///

1

DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

31208348v1 0926119 46121

| | |
|---|---|
| 1 | 2. No publicly held companies own ten percent (10%) or more of GC's stock. |

 

           Respectfully submitted,

DATED: September 27, 2011  HINSHAW & CULBERTSON LLP


        By: /s/ Renee Choy Ohlendorf
        Renee Choy Ohlendorf
        Attorneys for Defendant GC SERVICES, LP

2
xx

31208348v1 0926119 46121